EDITH DORNBUSCH v. WILLIAM F. DORNBUSCH.— Motion denied unless defendant stipulate that appeal be argued or submitted on or before May 11, 1928; and that if said stipulation be made the said motion is granted.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

---

## SECOND DEPARTMENT, APRIL, 1928.

In the Matter of the Application of WILLIAM B. DAVIE for Admission to the Bar.   (From the State of California.) — Application granted.   Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

In the Matter of the Application of FRANCIS JOSEPH O'NEILL for Admission to the Bar.   (From the District of Columbia.) — Application granted.   Present — Lazansky, P. J., Rich, Young, Kapper and Scudder. JJ,

In the Matter of the Application of JOHN J. PRIESTLEY for Admission to the Bar.   (From the State of Illinois.) — Application granted.   Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

In the Matter of the Application for the Revocation of Letters of Administration of WILLIAM SELNER, etc., Deceased.   MAX SELNER and Others, Appellants; EVA C. SELNER, Respondent.— Upon written stipulation of the parties, decree of the Surrogate's Court of Queens county reversed, with costs and disbursements to appellants, payable out of the estate.   Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

ARKAY FINANCE CORPORATION, Respondent, v. PILCO HIDE CORPORATION and Others, Defendants, and DAVE GOLDBERG, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

ANNIE M. AVERBECK, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs.   Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

MAXIMILIAN J. AVERBECK, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.   (Action No. 1.) — Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied, without costs.   Stay granted for thirty days to enable appellant to apply to the Court of Appeals.   Present — Lazansky, P. J., Rich, Young, Kapper and Scuddder, JJ.

MAXIMILIAN J. AVERBECK, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.   (Action No. 2.) — Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied, without costs.   Stay granted for thirty days to enable appellant to apply to the Court of Appeals.   Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

ANNA M. BIRCH-FIELD and WILLIAM L. BIRCH-FIELD, Appellants, v. DAVENPORT SHORE CLUB, INC., Defendant, and WILLIAM WEISS, Individually and as